JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, a California Interinsurance Exchange,<br><br>Plaintiff,<br><br>vs.<br><br>EMERSON ELECTRIC CO., a Missouri corporation, individually and dba INSINKERATOR; and DOES 1 through 10, Inclusive,<br><br>Defendants. | **CASE NO. 2:21-cv-05237-SVW (PDx)**<br><br>**ORDER APPROVING STIPULATION TO REMAND ACTION TO SANTA BARBARA COUNTY SUPERIOR COURT**<br><br>[On Removal from the Superior Court of the State of California for the County of Santa Barbara Case No. 21CV02202]<br><br>State Complaint Filed: 6/3/21<br>Removal Date: 6/28/21 |

## ORDER

On October 22, 2021, the Parties to the above-referenced action filed a Stipulation to Remand Action to Santa Barbara County Superior Court ("Stipulation"). Having reviewed the Stipulation and good cause appearing therefore, the Court hereby ORDERS AS FOLLOWS:

1. The Parties' Stipulation is approved.
2. Central District of California Case 2:21-cv-05237-SVW-PD is hereby remanded to the Superior Court of the State of California, County of Santa Barbara, Case No. 21CV02202 for all further proceedings.
3. The hearing for Plaintiff's Motion to Remand currently set for November 22, 2021 is hereby vacated.
4. The Parties shall each bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and this Order.

**IT IS SO ORDERED.**

DATED: November 19, 2021

_____
Hon. Stephen V. Wilson
United States District Judge